UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA NORTON,<br>    Plaintiff | CIVIL ACTION NO.<br>3:15-CV-1168-MPS |
| v. | |
| RIVERSIDE MOTORCARS, LLC, CHRISTIAN JAMES SALINARDI, TIMOTHY J. MORAN, DAMIEN PEARO, AND ADVANCED ASSET RECOVERY, LLC<br>    Defendants | |
| | JUNE 10, 2016 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the Plaintiff, Diana Norton, through her attorney, hereby gives notice that the Plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees, as to Defendants Riverside Motorcars, LLC, Christian James Salinardi, and Advanced Asset Recovery, LLC.

PLAINTIFF, DIANA NORTON,

By:   /s/ *Daniel S. Blinn*
       Daniel S. Blinn, Esq. (ct02188)
       dblinn@consumerlawgroup.com
       Consumer Law Group, LLC
       35 Cold Spring Rd, Suite 512
       Rocky Hill, CT  06067-9997
       Tel (860) 571-0408
       Fax (860) 571-7457

DEFENDANTS, RIVERSIDE MOTORCARS, LLC and CHRISTIAN JAMES SALINARDI

By: /s/ *Nicole c. Chomiak*
    Nicole C. Chomiak (ct18547)
    nchomiak@nuzzo-roberts.com
    Nuzzo & Roberts, LLC
    One Town Center
    P.O. Box 747
    Cheshire, CT 06410
    Tel:  (203) 250-2000
    Fax: (203) 250-3131

DEFENDANT, ADVANCED ASSET RECOVERY, LLC,

By: /s/ *Edwin G. Fitzpatrick*
    Edwin G. Fitzpatrick (ct06708)
    Fitzpatrick Mariano Santos Sousa, P.C.
    203 Church Street
    New Haven, CT 06770
    Tel: (203) 729-4555
    Fax (203) 723-1914
    fitz@fmslaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2016, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by U.S. mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn